E-filing

Plaintiff

vs.

Defendant

APPLICATION TO PROCEED
IN FORMA PAUPERIS
BY A PRISONER

CASE NUMBER: CV 08 1388 RMW (PR)

FILED 08 MAR 11 PM 3:31 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT

I, __Kenneth Mills__, declare that I am the plaintiff in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the complaint.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated:   ☒ Yes    ☐ No (If "No" DO NOT USE THIS FORM)

   If "Yes" state the place of your incarceration. __Salinas Valley State Prison__

   Have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account statement showing transactions for the past six months.

2. Are you currently employed?   ☒ Yes    ☒ No

   a. If the answer is "Yes" state the amount of your pay. __0__

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period, and the name and address of your last employer.
   "Don't know" Appro 2001 1998 (maybe)

3. In the past twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes   ☒ No

   b. Rent payments, interest or dividends             ☐ Yes   ☒ No

   c. Pensions, annuities or life insurance payments   ☐ Yes   ☒ No

   d. Disability or workers compensation payments      ☐ Yes   ☒ No

   e. Gifts or inheritances                            ☐ Yes   ☒ No

   f. Any other sources                                ☐ Yes   ☒ No

If the answer to any of the above is "Yes" describe by that item each source of money and state the amount received and what you expect you will continue to receive. Please attach an additional sheet if necessary.

"Total"   "N/A"

IFPFORM   Revised 5/96

4. Do you have cash or checking or savings accounts?    ☐ Yes    ☒ No

If "Yes" state the total amount: _____0_____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?    ☐ Yes    ☒ No

If "Yes" describe the property and state its value. _____0_____

6. Do you have any other assets?    ☐ Yes    ☒ No

If "Yes" list the asset(s) and state the value of each asset listed.

_____0_____

7. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

_____0_____

I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. § 1915(b)(2).

I declare under penalty of perjury that the above information is true and correct.

01-20-2008                    Kenneth Mills
DATE                          SIGNATURE OF APPLICANT

ON JANUARY 20th 2008 I MAILED INSTITUTION MAIL TO COURTS ORIGINALS & three 1st copies of enclosed petition for which I've not received My case no. Please send case no. for duplicate habeas corpus.

Thank you,

Kenneth Mills T-19085 03/12--

02/14/208

1/100/01