OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

C08-1388

CTF-1372M (Rev. 01-03)

**CORRECTIONAL TRAINING FACILITY AT SOLEDAD**
**RETURN TO SENDER NOTIFICATION**

REASON ITEM IS BEING RETURNED:
[ ] OUT TO COURT
[ ] UNAUTHORIZED CORRESPONDENCE
[ ] PAROLED
[ ] UNABLE TO LOCATE/NO MATCH
[X] Other _____
[ ] HOBBY

Date: 3-17-08  By: ___

Kenneth W. Mills

RECEIVED
MAR 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA