*E-FILED - 5/13/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WAYNE MILLS,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>WARDEN,<br><br>　　　　　Respondent. | No. C 08-1388 RMW (PR)<br><br>JUDGMENT |

The court has dismissed the instant petition for writ of habeas corpus without prejudice.  A judgment of dismissal without prejudice is entered.  The clerk shall close the file.

　　　IT IS SO ORDERED.

DATED:  5/12/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge