OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA  94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE. $300





**RETURN TO SENDER**
INMATE HOSPITALIZED
UNABLE TO FORWARD.

---

| | | |
|---|---|---|
| 11 | KENNETH WAYNE MILLS, | No. C 08-1388 RMW (PR) |
| 12 | Petitioner, | JUDGMENT |
| 13 | vs. | |
| 14 | WARDEN, | |
| 15 | Respondent. | |

The court has dismissed the instant petition for writ of habeas corpus without prejudice. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 5/12/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\pro-se\sj.rmw\hc.08\Mills388jud                    1